## UNITED STATES DISTRICT COURT
## DISTRICT OF NEW JERSEY

Christian Vilchez individually and on behalf
Of all others similarly situated
       Plaintiff,

  v.                           CASE NO.: 2:21-cv-20722

Resurgent Capital Services, LP
LVNV Funding, LLC
John Does 1-25
       Defendant.

_____ /

## NOTICE OF VOLUNTARY DISMISSAL

      IT IS HEREBY AGREED TO by the Plaintiff and Plaintiff's attorney, and the

Defendants that whereas no party hereto is an infant, incompetent person for whom a

committee has been appointed or conservatee, and no person not a party has an interest in the

subject matter of the action, that the above entitled action specifically with regard to the

Defendants shall be and hereby are dismissed with prejudice and on the merits, without costs,

or disbursements, or attorney's fees to any party pursuant to Rule 41(a)(1)(A)(i) of the Federal

Rules of Civil Procedure, and that a dismissal with prejudice may be entered in the above

entitled action pursuant hereto.


Dated: April 11, 2022                    Respectfully Submitted,

                                    */s/Raphael Deutsch*_____
                                    Raphael Deutsch,Esq.
                                    **Stein Saks, PLLC**
                                    One University Plaza
                                    Hackensack, NJ 07601
                                    rdeutsch@steinsakslegal.com
                                    Tel. 201-282-6500
                                    Fax 201-282-6501
                                    *Attorneys for Plaintiff*

**<u>Certificate of Service</u>**

I hereby certify that on this date, I electronically filed this Notice of Voluntary Dismissal using the CM/ECF system which will automatically send email notification of such filing to all attorneys of record. I also emailed this Notice to all parties who have not made an appearance in this case.

This 11 day of April, 2022                    Respectfully Submitted,

                                                                */s/ Raphael Deutsch*
                                                                Raphael Deutsch

SO ORDERED.

<u>s/ John Michael Vazquez</u>
John Michael Vazquez, U.S.D.J.

Date:   4/12/2022